

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE CITY OF EL PASO, TEXAS, | § | No. 08-14-00143-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| EL PASO COUNTY EMERGENCY SERVICES DISTRICT NUMBER 1, | § | of El Paso County, Texas |
| | § | (TC# 2012DTX03609) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 4, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Daniel Ortiz, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 4, 2014.

IT IS SO ORDERED this 9th day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.